# IN THE SUPREME COURT OF THE STATE OF NEVADA

SARA CORINA JONES,
                    Appellant,
         vs.
THE STATE OF NEVADA,
                    Respondent.

No. 69432

**FILED**

FEB 18 2016

TRACIE K. LINDEMAN
CLERK OF SUPREME COURT
BY_____
DEPUTY CLERK



## *ORDER DISMISSING APPEAL*

This is an appeal from a judgment of conviction and an amended judgment of conviction. Eighth Judicial District Court, Clark County; Douglas W. Herndon, Judge.

Our review of this appeal revealed a jurisdictional defect. Specifically, the notice of appeal appears to be untimely. The amended judgment of conviction was entered on October 29, 2015. However, the notice of appeal was not filed until December 14, 2015, 14 days after the expiration of the 30-day appeal period prescribed by NRAP 4(b)(1)(A). "[A]n untimely notice of appeal fails to vest jurisdiction in this court." *Lozada v. State*, 110 Nev. 349, 352, 871 P.2d 944, 946 (1994). Accordingly, we directed appellant's counsel to show cause why this appeal should not be dismissed for lack of jurisdiction. Appellant' counsel has responded to our order, and informs this court that she has attempted to contact appellant without success, and knows of no reason the appeal should not be dismissed. Accordingly, we conclude that we lack jurisdiction, and we

ORDER this appeal DISMISSED.

_____, J.
    Douglas

_____, J.
    Cherry

_____, J.
    Gibbons

16-05234

cc: Hon. Douglas W. Herndon, District Judge
Clark County Public Defender
Attorney General/Carson City
Clark County District Attorney
Eighth District Court Clerk